# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

KELLY WHISBY,

      Plaintiff,

vs.                                 CASE NO. 5:10cv171/RS-MD

JOHN DOE, Lieutenant of
Marianna Federal Prison, et al,

      Defendants.

_____/

## <u>ORDER</u>

Plaintiff's Motion To Reconsider The Court's Order Denying Permission To

Proceed *In Forma Pauperis* (Doc. 8) is **denied**.

**ORDERED** on September 3, 2010.

                               /S/ Richard Smoak
                               **RICHARD SMOAK**
                               **UNITED STATES DISTRICT JUDGE**